

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
STEVEN J. ROSE
Assistant United States Attorney
Nevada Bar Number 13575
MELINDA BREWER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Steven.Rose@usdoj.gov
Melinda.Brewer@usdoj.gov

*Attorneys for the United States*

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              APR 28 2026

       CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLARENCE EDWARD HARRIS, JR.,<br><br>Defendant. | **SEALED CRIMINAL INDICTMENT**<br><br>**2:26-cr-0064-RFB-DJA**<br><br>**VIOLATIONS:**<br><br>18 U.S.C. § 875(c) – Transmitting a Communication Containing a Threat to Injure; and<br><br>18 U.S.C. §§ 922(g) and 924(a)(8) – Prohibited Person in Possession of Firearm. |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
Transmitting a Communication Containing a Threat to Injure
(18 U.S.C. § 875(c))

On or about September 9, 2024, in the State and Federal District of Nevada,

**CLARENCE EDWARD HARRIS, JR.,**

the defendant herein, knowingly transmitted in interstate commerce from Nevada to Illinois, a telephone communication containing a threat to injure another, specifically, the defendant threatened to kill doctors or others at the University of Chicago Medical Center, in violation of Title 18, United States Code, Section 875(c).

## COUNT TWO
Transmitting a Communication Containing a Threat to Injure
(18 U.S.C. § 875(c))

On or about September 18, 2024, in the State and Federal District of Nevada,

**CLARENCE EDWARD HARRIS, JR.,**

the defendant herein, knowingly transmitted in interstate commerce from Nevada to Illinois, a telephone communication containing a threat to injure another, specifically, the defendant threatened to kill doctors or others at the University of Chicago Medical Center, in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE
Transmitting a Communication Containing a Threat to Injure
(18 U.S.C. § 875(c))

On or about December 23, 2024, in the State and Federal District of Nevada,

**CLARENCE EDWARD HARRIS, JR.,**

the defendant herein, knowingly transmitted in interstate commerce from Nevada to Illinois, a telephone communication containing a threat to injure another, specifically, the defendant threatened to kill Doctor F.G., in violation of Title 18, United States Code, Section 875(c).

2

## COUNT FOUR
Transmitting a Communication Containing a Threat to Injure
(18 U.S.C. § 875(c))

On or about January 25, 2025, in the State and Federal District of Nevada,

**CLARENCE EDWARD HARRIS, JR.,**

the defendant herein, knowingly transmitted in interstate commerce from Nevada to Illinois, a telephone communication containing a threat to injure another, specifically, the defendant threatened to kill Doctor A.M., in violation of Title 18, United States Code, Section 875(c).

## COUNT FIVE
Felon in Possession of a Firearm
(18 U.S.C. §§ 922(g)(1), 924(a)(8))

On or about May 28, 2025, in the State and Federal District of Nevada,

**CLARENCE EDWARD HARRIS, JR.,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: possession of controlled substance, on or about October 22, 1990, in Cook County Circuit Court in case number 90CR2276201, and possession of controlled substance, on or about May 13, 1994 in Cook County Circuit Court, in case number 88CR0785401; and possession controlled substance, on or about December 21, 2005, in Cook County Circuit Court, in case number 05CR2826401; and driving under the influence, third offense, on or about July 23, 2008, in Cook County Circuit Court, in case number 08CR0569901; and possession controlled substance, on or about August 30, 2012, in Cook County Circuit Court, in case number 11CR2042401; knowingly possessed a firearm, that is: a Ruger, GP100, 44 caliber revolver, bearing serial number 179-31694; and a Smith & Wesson, SD40VE 40 caliber pistol, bearing serial number FYR1491; and a Taurus 856 Ultralite 38 caliber revolver, bearing serial number

3

ABJ900064; and a North American Arms, model NAA22, .22 caliber revolver, bearing serial number S9934; and a Romarm/Cugir, model Micro Draco, 762 caliber pistol, bearing serial number PMD-10743-19; and an American Tactical Imports, model Omni Hybrid rifle, bearing serial number NS420498, said possession being in and affecting commerce and said firearm/firearms having been shipped and transported in interstate and foreign commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION
Felon in Possession of a Firearm

1. The allegations of Count Five of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

2. Upon conviction of the felony offense charged in Count Five of this Criminal Indictment,

**CLARENCE EDWARD HARRIS, JR.**

defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1):

1. a Ruger, GP100, 44 caliber revolver, bearing serial number 179-31694;

2. a Smith & Wesson, SD40VE 40 caliber pistol, bearing serial number FYR1491;

3. a Taurus 856 Ultralite 38 caliber revolver, bearing serial number ABJ900064;

4. a North American Arms, model NAA22, .22 caliber revolver, bearing serial number S9934;

5. a Romarm/Cugir, model Micro Draco, 762 caliber pistol, bearing serial number PMD-10743-19;

4

6. an American Tactical Imports, model Omni Hybrid rifle, bearing serial number NS420498;

and

7. any and all compatible ammunition.

All under 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

**DATED:** this  28th  day of April, 2026.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

TODD BLANCHE
Acting Attorney General of the United States

*Melinda Brewer*

MELINDA BREWER
Assistant United States Attorney

5